

JAC: USA2010R00432

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 NOV 24  A 11: 32

CLERK'S OFFICE
AT GREENBELT

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** RWT 10 CR 0727 |
| | * | |
| **BRIAN DONNELL BARNES,** | * | (Possession with Intent to Distribute |
| | * | Controlled Substances, 21 U.S.C. |
| **Defendant** | * | § 841(a)(1); Possession of a Firearm in |
| | * | Furtherance of a Drug Trafficking |
| | * | Crime, 18 U.S.C. §  924(c) Forfeiture, |
| | * | 21 U.S.C. § 853, 18 U.S.C. § 924(d), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about April 21, 2010, in the District of Maryland, the defendant,

### BRIAN DONNELL BARNES,

did knowingly and intentionally possess with intent to distribute fifty or more grams of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," and a quantity of a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances, and 3,115.9 grams of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about April 21, 2010, in the District of Maryland, the defendant,

## BRIAN DONNELL BARNES,

did knowingly possess a firearm – a Smith and Wesson, .40 caliber semiautomatic handgun, Model SW4OVE, Serial Number PBC6341, loaded with seven rounds of 9 mm ammunition – in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, as charged in Count One of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further charges that:

### Narcotics Forfeiture

1.      As a result of the offense set forth in Count One of the Information, the defendant,

### BRIAN DONNELL BARNES,

shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of those offenses, and all property traceable to such property obtained directly or indirectly as a result of any such violations.

2.      If any of the property described in paragraph 1 above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant.

3

**Firearms Forfeiture**

3.      As a result of the offense set forth in Count Two of the Information, the defendant,

**BRIAN DONNELL BARNES,**

shall forfeit to the United States the firearm identified in the indictment and involved in that offense.

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Rod J. Rosenstein
United States Attorney

Date: November 23, 2010